# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARNAM COMPANIES, INC. | SUMMONS IN A CIVIL CASE |
| v. | CASE NUMBER: |
| DURVET, INC. | C 07 5367 CRB |

TO: (Name and address of defendant)

100 S.E. MAGELLAN DRIVE
BLUE SPRINGS, MISSOURI 64014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE YUHAS, ESQ.
ORRICK, HERRINGTON & SUTCLIFFE
405 HOWARD STREET
SAN FRANCISCO, CA 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE OCT 19 2007

/s/
BY\ DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE / TIME<br>10-11-07 / 3:30 p.m. |
| Name of SERVER<br>Christopher Reed | TITLE<br>PPSCF-0110 |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 100 SE Magellan Drive
    Received by: Robert Ackman 2/4    Blue Springs, Mo. 64014

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10-11-07
               Date

Signature of Server

HATFIELD PROCESS SERVICE
(www.hatfieldprocess.com)
Address of Server    1669 Jefferson
                     Kansas City, MO 64108

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure