1  GEORGE A. YUHAS (CA STATE BAR NO. 78678)
   SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
3  405 Howard Street
   San Francisco, CA 94105
4  Telephone:  415-773-5700
   Facsimile:  202-339-5759
5

6  Attorneys for Plaintiff
7  FARNAM COMPANIES, INC.

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARNAM COMPANIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>DURVET, INC.<br><br>Defendant. | CASE NO.<br><br>**PLAINTIFF FARNAM COMPANIES, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

**CRB**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Farnam Companies, Inc..;
2. Central Garden & Pet Co. – parent company of Farnam Companies, Inc.

Dated: October 19, 2007

GEORGE YUHAS
SARAH MARRIOTT
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Sarah C. Marriott
Attorneys for Plaintiff
Farnam Companies, Inc.