1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  MICHELLE J. HIRTH, Cal. Bar No. 200024
   NATE BRUNO, Cal. Bar No. 228118
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
5  Telephone:  415-434-9100
   Facsimile:  415-434-3947
6
   Attorneys for Defendant Durvet, Inc.
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | FARNAM COMPANIES, INC.,           | Case No. 3:07-cv-05367-CRB
12 |                                    |
   |            Plaintiff,              | STIPULATED EXTENSION OF TIME
13 |                                    | TO ANSWER OR OTHERWISE
   |      v.                            | PLEAD IN RESPONSE TO
14 |                                    | COMPLAINT
   | DURVET, INC.,                     |
15 |                                    |
   |            Defendant.              |
16

17

18         Plaintiff Farnam Companies, Inc. and Defendant Durvet, Inc., by their
19  counsel, hereby stipulate that Defendant shall have a thirty (30) day extension of time to
20  December 12, 2007, to answer or otherwise plead in response to the complaint of Plaintiff.
21         This is the first extension of time sought or granted, and is not for the
22  purpose of delay, but in order to give Defendant's counsel the opportunity to review the
23  complaint, and to prepare an answer thereto.
24  ///
25  ///
26  ///
27  ///
28
                                        -1-
    W02-WEST:SNAS1\400523912.1          STIPULATED EXTENSION OF TIME TO ANSWER
                                        OR OTHERWISE PLEAD IN RESPONSE TO
                                                                   COMPLAINT

1  DATED: November 19, 2007

2                               Respectfully submitted,

3                               SHEPPARD MULLIN RICHTER & HAMPTON LLP

5                               By _____
6                                   NEIL A. SMITH
                                    NATE BRUNO
7                                   Attorneys for Defendant Durvet, Inc.

9  I concur with the request for extension.

11 DATED: November 12, 2007

12                              Respectfully submitted,

13                              ORRICK HERRINGTON & SUTCLIFFE LLP

15                              By _____
                                    SARAH CHRISTINE MARRIOTT
16                                  GEORGE ALAN YUHAS

17                              Attorneys for Plaintiff Farnam Companies, Inc.

---

W02-WEST:5NAS1\400523912.1                -2-    STIPULATED EXTENSION OF TIME TO ANSWER
                                                  OR OTHERWISE PLEAD IN RESPONSE TO
                                                               COMPLAINT