| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | NEIL A. SMITH, Cal. Bar No. 63777 |
| 3 | NATHANIEL BRUNO, Cal. Bar No. 228118 |
| | Four Embarcadero Center, 17th Floor |
| 4 | San Francisco, California 94111-4106 |
| | Telephone:   415-434-9100 |
| 5 | Facsimile:    415-434-3947 |
| 6 | Attorneys for Defendant Durvet, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FARNAM COMPANIES, INC., | Case No. 3:07-cv-05367-CRB |
|         Plaintiff, | **NOTICE OF APPEARANCE OF NEIL A. SMITH** |
| v. | Honorable Charles R. Breyer |
| DURVET, INC., | United States District Judge |
|         Defendant. | Complaint Filed: October 19, 2007 |
| | Trial Date: Not Yet Set |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Neil A. Smith (Cal. Bar No. 63777) of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111 is additional counsel of record for defendant Durvet, Inc. ("Durvet"). This notice is specifically reserving, and without waiver, of any and all claims and defenses that Durvet may have in this action.

DATED: November 19, 2007

                    Respectfully submitted,

                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

                    By   /s/ Neil A. Smith
                                  NEIL A. SMITH
                                  NATHANIEL BRUNO

                    Attorneys for Defendant Durvet, Inc.