SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
MICHELLE J. HIRTH, Cal. Bar No. 200024
NATE BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendant Durvet, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FARNAM COMPANIES, INC., | Case No. 3:07-cv-05367-CRB |
|---|---|
| Plaintiff, | STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT |
| v. | |
| DURVET, INC., | |
| Defendant. | |

Plaintiff Farnam Companies, Inc. and Defendant Durvet, Inc., by their counsel, hereby stipulate that Defendant shall have a thirty (30) day extension of time to December 12, 2007, to answer or otherwise plead in response to the complaint of Plaintiff.

This is the first extension of time sought or granted, and is not for the purpose of delay, but in order to give Defendant's counsel the opportunity to review the complaint, and to prepare an answer thereto.

///
///
///
///

1  DATED: November 19, 2007

2                                  Respectfully submitted,

3                                  SHEPPARD MULLIN RICHTER & HAMPTON LLP

4

5                                  By _____
6                                       NEIL A. SMITH
                                        NATE BRUNO
7                                  Attorneys for Defendant Durvet, Inc.

8

9  I concur with the request for extension.

10

11 DATED: November 12, 2007

12                                 Respectfully submitted,

13                                 ORRICK HERRINGTON & SUTCLIFFE LLP

14

15                                 By _____
                                        SARAH CHRISTINE MARRIOTT
16                                      GEORGE ALAN YUHAS

17                                 Attorneys for Plaintiff Farnam Companies, Inc.

18

19

20

21    November 20, 2007

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

W02-WEST:5NAS1\400523912.1                STIPULATED EXTENSION OF TIME TO ANSWER
                                           OR OTHERWISE PLEAD IN RESPONSE TO
                                           COMPLAINT