BLACKWELL SANDERS LLP
WILLIAM B. KIRCHER (*pro hac vice* pending)
4801 Main Street, Suite 1000
Kansas City, MO  64112
Telephone:   816-983-8160
Facsimile:    816-983-8080
E-mail:       wkircher@blackwellsanders.com

MICHAEL R. ANNIS (*pro hac vice* pending)
720 Olive Street, Suite 2400
St. Louis, MO  63101
Telephone:   314-345-6432
Facsimile:    314-345-6060
E-mail:       mannis@blackwellsanders.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947
E-mail:nsmith@smrh.com
Email:       nbruno@smrh.com

Attorneys for Defendant
DURVET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARNAM COMPANIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DURVET, INC., <br><br> Defendant. | Case No. 3:07-cv-05367-CRB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES <br><br> Honorable Charles R. Breyer <br> United States District Judge <br><br> Complaint Filed:  October 19, 2007 <br> Trial Date:  Not Yet Set |

-1-

# STIPULATION

The parties, by and through their respective counsel of record, stipulate and agree that the Initial Case Management Conference and related initial case management deadlines be continued as set forth below.

A.  <u>Prior Time Modifications</u>

On November 20, 2007, this Court issued an order based on a stipulation of the parties granting Defendant Durvet, Inc. ("Durvet") an extra 30 days, through and including December 12, 2007, within which to respond to Plaintiff Farnam Companies, Inc.'s ("Farnam's") Complaint. (Docket No. 8.)

B.  <u>Reasons For Requested Continuance</u>

Durvet was given an extra 30 days to review, investigate, and respond to the Complaint. The parties believe they will need a corresponding extension of time following Durvet's response to the Complaint to evaluate the response and their respective positions going forward, prepare for and accomplish the various case management-related obligations, and prepare for the Initial Case Management Conference. The parties believe this brief extension will improve the quality and efficiency of their Fed. R. Civ. P. 16(f) conference and Fed. R. Civ. P. 26(a) initial disclosures, as well as the subsequent Initial Case Management Conference before the Court.

C.  <u>Proposed Change to Initial Case Management Conference and Related Deadlines</u>

The parties stipulate and respectfully request that the Initial Case Management Conference in this action be continued from the current date of January 25, 2008 to the new date of **February 22, 2008 at 8:30 a.m.** In accordance with the provisions of the Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3) ("Initial CMC Order"), the parties further stipulate and respectfully request that the other pre-Conference deadlines set forth

in the Initial CMC Order be continued in accordance with the continuance of the Initial Case Management Conference.

**SO STIPULATED**.

Dated: December 6, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Nathaniel Bruno
   NEIL A. SMITH
   NATHANIEL BRUNO

   Attorneys for Defendant
   DURVET, INC.

Dated: December 6, 2007

ORRICK HERRINGTON & SUTCLIFFE LLP

By   /s/ Sarah C. Marriott
   SARAH C. MARRIOTT

   Attorneys for Plaintiff
   FARNAM COMPANIES, INC.

As the attorney e-filing this documents, I, Nathaniel Bruno, attest that Sarah C. Marriott has concurred in the filing of this document.
/s/ Nathaniel Bruno

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that the Initial Case Management Conference in this action is continued from the current date of January 25, 2008 to the new date of **February 22, 2008 at 8:30 a.m.** IT IS HEREBY FURTHER ORDERED that all other pre-Conference deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3) are continued accordingly.

**SO ORDERED**.

Dated: _____    _____
                                   The Honorable Charles R. Breyer
                                   United States District Court Judge