BLACKWELL SANDERS LLP
WILLIAM B. KIRCHER (*pro hac vice* pending)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8160
Facsimile: 816-983-8080
E-mail: wkircher@blackwellsanders.com

MICHAEL R. ANNIS (*pro hac vice* pending)
720 Olive Street, Suite 2400
St. Louis, MO 63101
Telephone: 314-345-6432
Facsimile: 314-345-6060
E-mail: mannis@blackwellsanders.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
E-mail: nsmith@smrh.com
Email: nbruno@smrh.com

Attorneys for Defendant
DURVET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARNAM COMPANIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DURVET, INC.,<br><br>　　　　　Defendant. | Case No. 3:07-cv-05367-CRB<br><br>DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>Honorable Charles R. Breyer<br>United States District Judge<br><br>Complaint Filed: October 19, 2007<br>Trial Date: Not Yet Set |

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated this 12th day of December, 2007.

Respectfully submitted,

_____/s/ Nathaniel Bruno_____

BLACKWELL SANDERS LLP
Michael R. Annis
William B. Kircher

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Neil A. Smith
Nathaniel Bruno

Attorneys for Defendant
DURVET, INC.