| | |
|---|---|
| 1 | GEORGE A. YUHAS (CA STATE BAR NO. 78678) |
| | SARAH C. MARRIOTT (CA STATE BAR NO. 241301) |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 4 | Telephone:   415-773-5700 |
| | Facsimile:   202-339-5759 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| 7 | FARNAM COMPANIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARNAM COMPANIES, INC. | | CASE NO.  C 07 5367 CRB |
| | Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | | |
| DURVET, INC. | | |
| | Defendant. | |

FARNAM'S ADR CERTIFICATION

|    |    |                                                                                   |
|----|----|-----------------------------------------------------------------------------------|
| 1  |    | Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned       |
| 2  | certifies that he or she has: |                                                        |
| 3  | 1. | Read the handbook entitled "Dispute Resolution Procedures in the                  |
| 4  |    | Northern District of California" on the Court's ADR Internet site                 |
| 5  |    | www.adr.cand.uscourts.gov;                                                        |
| 6  | 2. | Discussed the available dispute resolution options provided by the Court          |
| 7  |    | and private entities; and                                                         |
| 8  | 3. | Considered whether this case might benefit from any of the available              |
| 9  |    | dispute resolution options.                                                       |

Dated: February 1, 2008            BARRY HARRISON

_____
Barry Harrison
Farnam Companies, Inc.

Dated: February 1, 2008            SARAH MARRIOTT
                                   ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Sarah C. Marriott
Attorneys for Plaintiff
Farnam Companies, Inc.

FARNAM'S ADR CERTIFICATION