1  GEORGE A. YUHAS (CA STATE BAR NO. 78678)
   SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
3  405 Howard Street
   San Francisco, CA 94105
4  Telephone:   415-773-5700
   Facsimile:   202-339-5759
5

6  Attorneys for Plaintiff
7  FARNAM COMPANIES, INC.

8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10

11 | FARNAM COMPANIES, INC.              | CASE NO. 3:07-cv-5367-CRB
12 |                                     |
   |         Plaintiff,                  | STIPULATION AND [PROPOSED]
13 |                                     | ORDER CONTINUING INITIAL
   |    v.                               | CASE MANAGEMENT
14 |                                     | CONFERENCE AND RELATED
   | DURVET, INC.                        | DEADLINES
15 |                                     |
   |         Defendant.                  | Honorable Charles R. Breyer
16 |                                     | United States District Judge
17 |                                     |
   |                                     | Complaint Filed: October 19, 2007
18 |                                     | Trial Date: Not Yet Set

**STIPULATION**

The parties, by and through their respective counsel of record, stipulate and agree that the Initial Case Management Conference and related initial case management deadlines be continued as set forth below.

A. <u>Prior Time Modifications</u>

On November 20, 2007, this Court issued an order based on a stipulation of the parties granting Defendant Durvet, Inc. ("Durvet") an extra 30 days, through and including December 12, 2007, within which to respond to Plaintiff Farnam Companies, Inc.'s ("Farnam's") Complaint. (Docket No. 8.). On December 7, 2007, this Court issued an order based on a stipulation of the parties continuing the Initial Case Management Conference from January 25, 2008, to February 22, 2008. (Docket No. 14). That order also continued the other pre-Conference deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3) ("Initial CMC Order").

B. <u>Reasons For Requested Continuance</u>

The parties are actively engaged in settlement negotiations and believe that this action is likely to settle. The parties believe that a further continuance of the Initial Case Management Conference and other deadlines set forth in the Initial CMC Order will permit them to fully explore all possibilities of settlement, which could resolve this action without the necessity of extensive motion practice or a trial, saving attorneys' fees and costs, and the time and costs of this Court.

C. <u>Proposed Change to Initial Case Management Conference and Related Deadlines</u>

The parties stipulate and respectfully request that the Initial Case Management Conference in this action be continued from the current date of February 22, 2008, to the new date of **April 18, 2008, at 8:30 a.m.** In accordance with the provisions of the Initial CMC

1  Order, the parties further stipulate and respectfully request that the other pre-Conference
2  deadlines set forth in the Initial CMC Order be continued in accordance with the continuance of
3  the Initial Case Management Conference.

4

5  **SO STIPULATED.**

6

7  Dated: February 5, 2008

8                             BLACKWELL SANDERS LLP

9

10                     By      /s/ Michael R. Annis
                                WILLIAM B. KIRCHER
11                                 MICHAEL R. ANNIS

12                            Attorneys for Defendant
                           DURVET, INC.

13 Dated: February 5, 2008

14

15                      ORRICK HERRINGTON & SUTCLIFFE LLP

16

17                     By      /s/ Sarah C. Marriott
                                SARAH C. MARRIOTT

18                            Attorneys for Plaintiff
                           FARNAM COMPANIES, INC.
19

20 As the attorney e-filing this documents, I, Sarah C. Marriott, attest that Michael R. Annis has concurred in the filing of this document.
21 /s/ Sarah C. Marriott

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that the Initial Case Management Conference in this action is continued from the current date of February 22, 2008, to the new date of **April 18, 2008, at 8:30 a.m.** IT IS HEREBY FURTHER ORDERED that all other pre-Conference deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3) are continued accordingly.

**SO ORDERED.**

Dated: Feb. 11, 2008



The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer