1  GEORGE A. YUHAS (CA STATE BAR NO. 78678)
   SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
3  San Francisco, CA 94105
   Telephone:    415-773-5700
4  Facsimile:    202-339-5759

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

12 | FARNAM COMPANIES, INC. | CASE NO. 3:07-cv-5367-CRB |
13 |             Plaintiff,  | **RULE 41 STIPULATION OF DISMISSAL** |
14 |   v.                    |                           |
15 | DURVET, INC.            |                           |
16 |             Defendant.  |                           |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Farnam Companies, Inc., and Durvet, Inc. (collectively, the "Parties") hereby stipulate that all claims and defenses between the Parties in the above-referenced action, including all claims asserted in any complaint filed by any of the Parties to this Stipulation in the above-referenced action, shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 28, 2008

                        HUSCH BLACKWELL LLP

                        By    /s/ William B. Kircher
                                WILLIAM B. KIRCHER

                              Attorneys for Defendant
                              DURVET, INC.

Dated: March 28, 2008

                        ORRICK HERRINGTON & SUTCLIFFE LLP

                        By    /s/ Sarah C. Marriott
                                SARAH C. MARRIOTT

                              Attorneys for Plaintiff
                              FARNAM COMPANIES, INC.

As the attorney e-filing this documents, I, Sarah C. Marriott, attest that William B. Kircher has concurred in the filing of this document.
/s/ Sarah C. Marriott

- 2 -

RULE 41 STIPULATION OF DISMISSAL
CASE NO. 3:07-CV-5367-CRB