1  GEORGE A. YUHAS (CA STATE BAR NO. 78678)
   SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
3  San Francisco, CA 94105
   Telephone:    415-773-5700
4  Facsimile:    202-339-5759

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FARNAM COMPANIES, INC. | CASE NO. 3:07-cv-5367-CRB |
|---|---|
| Plaintiff, | **RULE 41 STIPULATION OF DISMISSAL** |
| v. | |
| DURVET, INC. | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Farnam Companies, Inc., and Durvet, Inc. (collectively, the "Parties") hereby stipulate that all claims and defenses between the Parties in the above-referenced action, including all claims asserted in any complaint filed by any of the Parties to this Stipulation in the above-referenced action, shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 28, 2008

HUSCH BLACKWELL LLP

By     /s/ William B. Kircher
       WILLIAM B. KIRCHER

Attorneys for Defendant
DURVET, INC.

Dated: March 28, 2008

ORRICK HERRINGTON & SUTCLIFFE LLP

By     /s/ Sarah C. Marriott
       SARAH C. MARRIOTT

Attorneys for Plaintiff
FARNAM COMPANIES, INC.

As the attorney e-filing this documents, I, Sarah C. Marriott, attest that William B. Kircher has concurred in the filing of this document.
/s/ Sarah C. Marriott

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA